Certificate Number: 17082-PAE-DE-033264602

Bankruptcy Case Number: 19-13546



17082-PAE-DE-033264602

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2019</u>, at <u>2:43</u> o'clock <u>PM MST</u>, <u>KAREN M STROW</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 16, 2019</u>                By:   <u>/s/Orsolya K Lazar</u>

                                          Name:  <u>Orsolya K Lazar</u>

                                          Title:  <u>Executive Director</u>