UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :
    Karen M. Strow,                     :        Chapter 13
        Debtor.                        :
                                                        :        Bankruptcy No. 19-13546mdc

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses together with said Application dated September 5, 2019 was served via electronic means or first class United States mail, postage prepaid, on September 5, 2019 the following:

Karen M. Strow
11037 Kelvin Avenue
Philadelphia, PA   19116

Office of the United States Trustee
833 Chestnut Street, Suite 501
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

    I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses dated September 5, 2019 was served via electronic means or via first class United States mail, postage prepaid, on September 5, 2019 to the creditors listed on the matrix.

                            /s/ Patricia M. Mayer
                            Patricia M. Mayer, Esquire
                            WATERMAN & MAYER, LLP
                            301 Oxford Valley Road, Suite 203B
                            Yardley, PA 19067
                            215-493-4300
                            Counsel for Debtor