# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                          Chapter 13

                                          Bankruptcy No. 19-13546-MDC

KAREN M STROW

11037 KELVIN AVENUE

PHILADELPHIA, PA 19116-

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KAREN M STROW

    11037 KELVIN AVENUE

    PHILADELPHIA, PA 19116-

Counsel for debtor(s), by electronic notice only.

    PATRICIA M. MAYER, ESQUIRE
    PATRICIA M. MAYER, PC
    301 OXFORD VALLEY RD - SUITE 203B
    YARDLEY, PA 19067-

Date: 9/10/2019

                                                   /S/ William C. Miller
                                                   _____
                                                   William C. Miller, Esquire
                                                   Chapter 13 Standing Trustee