UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    Karen M. Strow,                          :          Chapter 13
        Debtor.                          :
                               :          Bankruptcy No. 19-13546mdc

## CERTIFICATION OF NO OBJECTION

I, Patricia M. Mayer, counsel for debtor, hereby certify that no answer, objection, request

for hearing or other response was received to the Application for Compensation and

Reimbursement of Expenses filed by Attorney for Debtor within the time period allowed by law.


    /s/ Patricia M. Mayer_____
Patricia M. Mayer, Esquire
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
(215) 493-4300
Counsel for Debtor

Dated: 09/23/2019