# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-13546-MDC

KAREN M STROW

11037 KELVIN AVENUE

PHILADELPHIA, PA 19116-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KAREN M STROW

    11037 KELVIN AVENUE

    PHILADELPHIA, PA 19116-

**Counsel for debtor(s), by electronic notice only.**
    PATRICIA M. MAYER, ESQUIRE
    PATRICIA M. MAYER, PC
    301 OXFORD VALLEY RD - SUITE 203B
    YARDLEY, PA 19067-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

/s/ William C. Miller

Date: 9/24/2019

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee