UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Karen M. Strow, | : | Chapter 13 |
|        Debtor. | : | |
| | : | Bankruptcy No. 19-13546mdc |

## **ORDER**

**AND NOW**, this   12th   day of   December  , 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $3,500.00, of which $2,000.00 has been paid, and reimbursement of $91.95 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee is hereby authorized and ordered to pay $1,591.95 to Patricia M. Mayer, Esquire in accordance with the terms of the confirmed plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

<u>Interested Parties</u>:

Patricia M. Mayer, Esq.  
PATRICIA M. MAYER, P.C.  
301 Oxford Valley Road, Suite 203B  
Yardley, PA 19067  

William C. Miller, Esquire  
Chapter 13 Standing Trustee  
PO Box 1229  
Philadelphia, PA   19105  

Karen M. Strow  
11037 Kelvin Avenue  
Philadelphia, PA   19116