United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-13546-mdc
Karen M. Strow                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD          Page 1 of 1          Date Rcvd: Dec 12, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db             +Karen M. Strow,     11037 Kelvin Avenue,     Philadelphia, PA 19116-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
          PATRICIA M. MAYER   on behalf of Debtor Karen M. Strow patriciamayerpc@gmail.com,
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
          REBECCA ANN SOLARZ   on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                      TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
      Karen M. Strow,                          :        Chapter 13
          Debtor.                            :
                             :        Bankruptcy No. 19-13546mdc

## **ORDER**

**AND NOW**, this   12th   day of   December   , 2019,

upon consideration of the Application for Compensation and Reimbursement of Expenses filed by

Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $3,500.00, of which $2,000.00 has been

paid, and reimbursement of $91.95 in actual, necessary expenses are approved as fair, reasonable

and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016.

The Chapter 13 Standing Trustee is hereby authorized and ordered to pay $1,591.95 to Patricia M.

Mayer, Esquire in accordance with the terms of the confirmed plan.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Interested Parties:
Patricia M. Mayer, Esq.                          William C. Miller, Esquire
PATRICIA M. MAYER, P.C.                       Chapter 13 Standing Trustee
301 Oxford Valley Road, Suite 203B            PO Box 1229
Yardley, PA 19067                                Philadelphia, PA   19105

Karen M. Strow
11037 Kelvin Avenue
Philadelphia, PA   19116