UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Karen Strow**                              : **No.  19-13546**
                                                    : **CHAPTER 13**

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the **Motion to Modify** Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee and on all other creditors adversely affected on the **2nd day of September 2020** by CM/ecf electronic mail and/or first class mail, postage prepaid on the attached list.

BY:   /s/ Michael P. Kelly
MICHAEL P. KELLY, ESQ.
402 MIDDLETOWN BLVD.
SUITE 202
LANGHORNE, PA. 19047
(215) 741-1100

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Best Buy
PO Box 6497
Sioux Falls, SD 57117-6497

Capital Collection Service
PO Box 150
West Berlin, NJ 08091-0150

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Care Payment
PO Box 2398
Omaha, NE 68103-2398

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

(p) US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Holy Redeemer Hospital
PO Box 781728
Philadelphia, PA 19178-1728

JC Penneys
PO Box 965007
Orlando, FL 32896-5007

Keystone Eye Associates, LLC
9126 Blue Grass Road
Philadelphia, PA 19114-3202

Kohl's
PO Box 3115
Milwaukee, WI 53201-3115

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
PO Box 840
Buffalo, NY 14240-0840

(p) M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Macy's
PO Box 8218
Mason, OH 45040-8218

(p) CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH fl
PHILADELPHIA PA 19102-1617

Philadelphia FCU
12800 W. Townsend Road
Philadelphia, PA 19154-1095

Physician Billing-PB Chop
PO Box 788017
Philadelphia, PA 19178-8017

(p) PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Syncb/Walmart
PO Box 965024
El Paso, TX 79998

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target Credit
PO Box 673
Minneapolis, MN 55440-0673

Trumark Financial Credit Union
1000 Northbrook Drive
Feasterville Trevose, PA 19053-8430

Trumark Financial Credit Union
335 Commerce Drive
Fort Washington, PA 19034-2712