UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  **Karen Strow,** | : No. 19-13546 |
| **Debtor** | : |
| | : Chapter 13 |
| | : |

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to the Motion to Modify Plan.

BY: /s/ Michael P. Kelly
    MICHAEL P. KELLY, ESQ.
    402 MIDDLETOWN BLVD.
    SUITE 202
    LANGHORNE, PA. 19047