**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: : BKY. NO. **19-13546**
**KAREN M. STROW** :
: CHAPTER 13

ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** this _____ day of _____, **2020**, upon AMENDED Motion and after Notice and Hearing, it is

**ORDERED** that pursuant to 11 USC Section 1329, the Debtor's Modified Chapter 13 Plan docket **number 61** is approved.

BY THE COURT:

_____
**MAGDELINE D. COLEMAN**
CHIEF UNITED STATES BANKRUPTCY JUDGE