UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  : BKY. NO. **19-13546**
**KAREN M. STROW**  :
 : CHAPTER 13

ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** this  3rd  day of  November , **2020**, upon AMENDED Motion and after Notice and Hearing, it is

**ORDERED** that pursuant to 11 USC Section 1329, the Debtor's Modified Chapter 13 Plan docket **number 61** is approved.

BY THE COURT:

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**