UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Karen Strow**                              : No. 19-13546 - MDC
           **Debtor**                              :
                                                         : Chapter 13
                                                         :

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Counsel's Application for Compensation.

BY: /s/ Michael P. Kelly
    MICHAEL P. KELLY, ESQ.
    402 MIDDLETOWN BLVD.
    SUITE 202
    LANGHORNE, PA. 19047