UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KAREN STROW

: **CHAPTER 13**
: **NO. 19-13546-MDC**

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P .Kelly's Application for compensation and/or

reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

it is **ORDERED and DECREED** that supplemental compensation in the amount of **$750.00**

and reimbursement of expenses in the amount of **$0** are awarded for the period of time of

**04/23/2020 to 10/01/2020.**   The trustee is authorized to pay the supplemental amount due of

**$750.00**.

BY THE COURT:    _Magdeline D. Coleman_

December 28, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated