UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KAREN M. STROW

: NO. 19-13546-MDC

: CHAPTER 13

<u>Response to Motion for Relief filed by Lakeview Loan Servicing LLC</u>

Debtor, by and through her attorney, responds as follows:

1-5.    Admitted.

6-11.   Denied.  Debtor fell behind as a result of the financial impact created by Covid 19 and received a forbearance from creditor.  Debtor can become current in a relatively short period of time.  Movant is adequately protected and the real estate is necessary for a successful reorganization.

WHEREFORE, it is respectfully requested that the Motion be DENIED.

By: **/S/Michael P. Kelly**