# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen M. Strow aka Karen Handlon<br>       Debtor(s) | |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>       Movant<br>   vs. | CHAPTER 13 |
| Karen M. Strow aka Karen Handlon<br>       Debtor(s)<br>Steven V. Strow<br>       Co-Debtor | NO. 19-13546 MDC |
| Kenneth E. West Esq.<br>       Trustee | 11 U.S.C. Section 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Lakeview Loan Servicing, LLC, which was filed with the Court on or about March 7, 2022.

                Respectfully submitted,

                /s/ Rebecca A. Solarz, Esq.
                _____

                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: 3/24/2022