# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Karen M. Strow, | : | |
| Debtor. | : | Bankruptcy No.19-13546 -MDC |

# O R D E R

**AND NOW**, this 4th day of November 2022, it is hereby **ORDERED** that if Karen M. Strow (the "Debtor") and M&T Bank ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtor shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107