UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Karen M. Strow

: NO. 19-13546

: CHAPTER 13

<u>Response to Motion for Relief filed by Lakeview Mortgage Services LLC</u>

    Debtors, by and through their attorney, responds as follows:

1-5.    Admitted.

6-9.    Denied. Debtors have paid additional funds since the filing and Movant has miscalculated the amount due. Movant is adequately protected and the real estate is necessary for a successful reorganization.

    WHEREFORE, it is respectfully requested that the Motion be DENIED.

By: <u>/S/Michael P. Kelly</u>
PO Box 576
Langhorne, PA 19047
(215) 498-0645
mpkpc@aol.com