**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **KAREN M STROW** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **19-13546-DJB** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

---

**Part 1:   Mortgage Information**

**Name of claim holder:**   LAKEVIEW LOAN SERVICING, LLC

**Court claim no.**  (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account:   2  1  4  9

**Property Address:**   11037 KELVIN AVENUE
Number       Street

Philadelphia                                                   PA    19116
City                                                                State   ZIP Code

---

**Part 2:   Statement of Completion**

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

---

**Part 3:   Arrearages**

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $          4,866.93 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          4,866.93 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $              -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          4,866.93 |

**Part 4:**   **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:      $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:      $ _____ -0-

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘/s/ Kenneth E. West                                          Date   07/15/2026
_____                          _____
Signature

Trustee       Kenneth E. West
              _____
              First Name          Middle Name          Last Name

Address       190 N. Independence Mall West, Suite 701
              _____
              Number          Street

              Philadelphia                          PA        19106
              _____
              City                                State     ZIP Code

Contact phone   (215) 627-1377              Email  info@ph13trustee.com
                _____                    _____

| Debtor 1 | **KAREN M STROW** | | Case Number **19-13546-DJB** | | Page 1 |
| | Name | | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---------|------|---------------|------|---------|---------------------|--------|
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 01/09/2020 | 2502266 | Disbursement To Creditor/Principal | 562.25 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 02/10/2020 | 2503777 | Disbursement To Creditor/Principal | 331.32 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 03/09/2020 | 2505398 | Disbursement To Creditor/Principal | 331.32 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 04/08/2020 | 2506820 | Disbursement To Creditor/Principal | 331.32 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 05/08/2020 | 2508253 | Disbursement To Creditor/Principal | 331.32 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 08/10/2020 | 2512758 | Disbursement To Creditor/Principal | 321.67 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 10/07/2020 | 2515556 | Disbursement To Creditor/Principal | 294.87 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 12/09/2020 | 2518501 | Disbursement To Creditor/Principal | 567.21 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 02/10/2021 | 2521368 | Disbursement To Creditor/Principal | 476.79 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 04/09/2021 | 2524345 | Disbursement To Creditor/Principal | 476.78 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 05/10/2021 | 2525923 | Disbursement To Creditor/Principal | 476.79 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 07/09/2021 | 2528865 | Disbursement To Creditor/Principal | 328.82 |
| 7 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 08/09/2021 | 2530294 | Disbursement To Creditor/Principal | 36.47 |
| | | | | | Total for Claim Number 7: | 4,866.93 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **4,866.93** |