United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 19-13546-djb

Karen M. Strow                                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                         User: admin                                              Page 1 of 3

Date Rcvd: Jul 15, 2026                                  Form ID: 138OBJ                                    Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen M. Strow, 11037 Kelvin Avenue, Philadelphia, PA 19116-2939 |
| 14335366 | | Holy Redeemer Hospital, PO Box 781728, Philadelphia, PA 19178-1728 |
| 14335368 | + | Keystone Eye Associates, LLC, 9126 Blue Grass Road, Philadelphia, PA 19114-3202 |
| 14384070 | + | Patricia M. Mayer, Esquire, PATRICIA M. MAYER, P.C., 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 14335374 | | Physician Billing-PB Chop, PO Box 788017, Philadelphia, PA 19178-8017 |
| 14335377 | | Trumark Financial Credit Union, 1000 Northbrook Drive, Feasterville Trevose, PA 19053-8430 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14335362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:36 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14386196 | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14335363 | | Email/Text: amanda@cascollects.com | Jul 16 2026 02:01:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 14360218 | | Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 02:07:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14335364 | | Email/Text: ebn@carepayment.com | Jul 16 2026 02:01:00 | Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 14370757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:35 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14335371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:35 | Macy's, PO Box 8218, Mason, OH 45040-8218 |
| 14370756 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2026 02:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14335367 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:07:23 | JC Penneys, PO Box 965007, Orlando, FL 32896-5007 |
| 14335369 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 02:07:25 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14346348 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:08 | LVNV Funding, LLC, Resurgent Capital Services, |

District/off: 0313-2                          User: admin                          Page 2 of 3

Date Rcvd: Jul 15, 2026                       Form ID: 138OBJ                       Total Noticed: 30

|  |  |  |  | PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 14368757 | ^ MEBN | | Jul 16 2026 01:57:39 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14335370 | | Email/Text: camanagement@mtb.com | Jul 16 2026 02:00:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14371225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 02:07:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14335372 | + | Email/Text: CollectionsDept@PFCU.COM | Jul 16 2026 02:00:00 | Philadelphia FCU, 12800 W. Townsend Road, Philadelphia, PA 19154-1095 |
| 14335373 | + | Email/Text: CollectionsDept@PFCU.COM | Jul 16 2026 02:00:00 | Philadelphia FCU, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14335375 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:06:56 | Syncb/Walmart, PO Box 965024, El Paso, TX 79998 |
| 14335689 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 16 2026 02:07:27 | Synchrony Bank, by AIS Infosource, LP as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14364436 | + | Email/Text: bncmail@w-legal.com | Jul 16 2026 02:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14335376 | + | Email/Text: bncmail@w-legal.com | Jul 16 2026 02:00:00 | Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14357832 | + | Email/Text: dbogucki@trumark.org | Jul 16 2026 02:01:00 | Trumark Financial Credit Union, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14335365 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 16 2026 02:00:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14370498 | *+ | Synchrony Bank, by AIS Infosource, LP as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

KENNETH E. WEST

District/off: 0313-2                           User: admin                                    Page 3 of 3
Date Rcvd: Jul 15, 2026                        Form ID: 138OBJ                                Total Noticed: 30

ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL P. KELLY

on behalf of Debtor Karen M. Strow mpkpc@aol.com  r47593@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

*Form 138OBJ* (6/24)–doc 103 – 101

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Karen M. Strow | ) | Case No. 19–13546–djb |
|    aka Karen Handlon | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 15, 2026

For The Court

Mohung Wong
Clerk of Court