United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-13546-djb |
|---|---|
| Karen M. Strow | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen M. Strow, 11037 Kelvin Avenue, Philadelphia, PA 19116-2939 |
| 14335366 | | Holy Redeemer Hospital, PO Box 781728, Philadelphia, PA 19178-1728 |
| 14335368 | + | Keystone Eye Associates, LLC, 9126 Blue Grass Road, Philadelphia, PA 19114-3202 |
| 14384070 | + | Patricia M. Mayer, Esquire, PATRICIA M. MAYER, P.C., 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 14335374 | | Physician Billing-PB Chop, PO Box 788017, Philadelphia, PA 19178-8017 |
| 14335377 | | Trumark Financial Credit Union, 1000 Northbrook Drive, Feasterville Trevose, PA 19053-8430 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 06 2026 02:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 06 2026 06:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14335362 | + | EDI: CITICORP | Aug 06 2026 06:00:00 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14386196 | | Email/Text: megan.harper@phila.gov | Aug 06 2026 02:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14335363 | | Email/Text: amanda@cascollects.com | Aug 06 2026 02:04:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 14360218 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 02:10:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14335364 | | Email/Text: ebn@carepayment.com | Aug 06 2026 02:04:00 | Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 14370757 | + | EDI: CITICORP | Aug 06 2026 06:00:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14335371 | | EDI: CITICORP | Aug 06 2026 06:00:00 | Macy's, PO Box 8218, Mason, OH 45040-8218 |
| 14370756 | | EDI: Q3G.COM | Aug 06 2026 06:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14335367 | | EDI: SYNC | Aug 06 2026 06:00:00 | JC Penneys, PO Box 965007, Orlando, FL 32896-5007 |
| 14335369 | | EDI: CAPITALONE.COM | Aug 06 2026 06:00:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14346348 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2026 02:10:32 | LVNV Funding, LLC, Resurgent Capital Services, |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Aug 05, 2026 | Form ID: 3180W | Total Noticed: 30

| | | | | PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 14368757 | ^ MEBN | | Aug 06 2026 01:57:39 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14335370 | Email/Text: camanagement@mtb.com | | Aug 06 2026 02:04:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14371225 | EDI: PRA.COM | | Aug 06 2026 06:00:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14335372 | + Email/Text: CollectionsDept@PFCU.COM | | Aug 06 2026 02:03:00 | Philadelphia FCU, 12800 W. Townsend Road, Philadelphia, PA 19154-1095 |
| 14335373 | + Email/Text: CollectionsDept@PFCU.COM | | Aug 06 2026 02:03:00 | Philadelphia FCU, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14335375 | EDI: SYNC | | Aug 06 2026 06:00:00 | Syncb/Walmart, PO Box 965024, El Paso, TX 79998 |
| 14335689 | + EDI: AIS.COM | | Aug 06 2026 06:00:00 | Synchrony Bank, by AIS Infosource, LP as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14364436 | + Email/Text: bncmail@w-legal.com | | Aug 06 2026 02:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14335376 | + EDI: WTRRNBANK.COM | | Aug 06 2026 06:00:00 | Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14357832 | + Email/Text: dbogucki@trumark.org | | Aug 06 2026 02:04:00 | Trumark Financial Credit Union, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14335365 | EDI: USBANKARS.COM | | Aug 06 2026 06:00:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14370498 | *+ | Synchrony Bank, by AIS Infosource, LP as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

District/off: 0313-2                          User: admin                                      Page 3 of 3
Date Rcvd: Aug 05, 2026                       Form ID: 3180W                                   Total Noticed: 30

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Lakeview Loan Servicing  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL P. KELLY | on behalf of Debtor Karen M. Strow mpkpc@aol.com  r47593@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Karen M. Strow | Social Security number or ITIN   xxx–xx–2716 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   19–13546–djb

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Karen M. Strow
aka Karen Handlon

8/4/26

**By the court:** Derek J Baker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**